# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| GEORGE WOOLFORD, III | * |
| PLAINTIFF | * |
| | * CASE NO. 4:15CV00750 SWW |
| V. | * |
| ARKANSAS DEPARTMENT OF VETERANS AFFAIRS, ET AL. | * |
| DEFENDANTS | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 13th DAY OF JUNE, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE